UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH NORMAN LEAR,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

NO. C10-5720 BHS/KLS

ORDER GRANTING EXTENSION OF TIME

Before the court is Petitioner's Motions for Extension, seeking an unspecified extension of time to file his answer to Respondent's response to Petitioner's habeas corpus petition. ECF Nos. 14 and 15. The response was filed on December 22, 2010 and noted for consideration on January 14, 2010. *Id.* On January 7, 2011, Petitioner filed a notice of change of address and his first motion for extension. ECF Nos. 13 and 14. Petitioner claims that the court mailed papers to him after he was released from prison and that he did not receive Respondent's answer until December 28, 2010. *Id.* He did not state how much additional time he needs to file his response.

On January 18, 2011, Petitioner filed his second motion for extension and his answer. ECF Nos. 15 and 16. Although Petitioner's motions for extension were noted for January 21, 2011 and January 28, 2011, the court finds the basis for the request to be reasonable.

Accordingly, it is **ORDERED:**

ORDER - 1

1  (1) Petitioner's motions for an extension of time (ECF Nos. 14 and 5) are
**GRANTED**. Petitioner's answer filed on January 18, 2011 (ECF No. 16) shall be considered as timely filed.

(2) Respondent may file a reply to the answer on or before **January 28, 2011.**

(3) The clerk is directed to send copies of this Order to Petitioner and to counsel for Respondent.

**DATED** this   20th   day of January, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2