|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA |

JOSEPH NORMAN LEAR,

        Petitioner,

  v.

PAT GLEBE,

        Respondent.

NO. C10-5720 BHS/KLS

ORDER GRANTING THIRTY DAY EXTENSION OF TIME

Before the court is Petitioner's "Clarification: Extension of Time," seeking a sixty day extension of time within which to file "all answers." ECF No. 18. Petitioner was previously granted an extension to file his answer to Respondent's response to Petitioner's federal habeas petition. ECF No. 17. Petitioner filed his answer on January 18, 2011. ECF No. 16. Petitioner does not identify what additional information he intends to discover and bring to the court's attention within this sixty day period or why he needs sixty days to supplement the answer that he has already filed. However, out of an abundance of caution, the court will grant Petitioner an extension of thirty days within which to supplement his answer.

Accordingly, it is **ORDERED:**

(1) Petitioner's motion for an extension of time (ECF No. 18) is **GRANTED IN PART;** Petitioner shall file a supplemental answer **on or before March 4, 2011.** Respondent may file a reply **on or before March 25, 2011.**

(2) The Clerk is directed to **re-note** the habeas petition (ECF No. 4) for consideration on **March 25, 2011.**

ORDER - 1

(3) The Clerk is further directed to send copies of this Order to Petitioner and to counsel for Respondent.

**DATED** this  3rd  day of February, 2011.

Karen L. Strombom
United States Magistrate Judge